DOUGLAS R. RICKS  OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon  97204
TELEPHONE:  (503) 241-4869
FAX: (503) 241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | ) | Case No. 22-30180-dwh11 |
|---|---|---|
| Gerald Edward Brazie, Jr. | ) ) ) | CERTIFICATE OF SERVICE RE U.S. TRUSTEE |
| Debtor-in-Possession. | ) ) | |

    I hereby certify that on February 4, 2022, I prepared a copy of the List of Creditors Holding 20 Largest Unsecured Claims and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.  I further certify that this office prepared mailing labels addressed to Debtor, Debtor's Attorney and each contact person for each creditor listed in the List of Creditors Holding 20 Largest Unsecured Claims.

    I hereby certify that I served the above on the U.S. Trustee, 620 SW Main Street, Rm. 213, Portland, OR  97205, by email to ustpregion18.pl.ecf@usdoj.gov  and by mailing a copy of the above-named document and labels to the U.S. Trustee in a sealed envelope, addressed to the U.S. Trustee at the U.S. Trustee's last known address.  Said envelope was deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

    Dated: February 4, 2022

                      Respectfully submitted;

                      VANDEN BOS & CHAPMAN, LLP

                      By:/s/Douglas R. Ricks
                         DOUGLAS R. RICKS  OSB #044026
                         Of Attorneys for Debtor-in Possession

Page 1 of 1 -  CERTIFICATE OF SERVICE RE U.S. TRUSTEE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 22-30180-dwh7    Doc 6    Filed 02/04/22

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Gerald Edward Brazie, Jr** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number (if known) | 22-30180-dwh11 | | |

☐ Check if this is an amended filing

# B 104

For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**American Express**
PO Box 981535
El Paso, TX 79998-1535

**What is the nature of the claim?** **Credit card**  **$70,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Customer Care**
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

**800-521-6121**
Contact phone

Value of security:                                    -
Unsecured claim

**2**
**Cabela's**
PO Box 82519
Lincoln, NE 68501

**What is the nature of the claim?** **Credit card**  **$9,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Customer Service**

**Does the creditor have a lien on your property?**

■ No

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 22-30180-dwh7    Doc 6    Filed 02/04/22

| Debtor 1 | **Gerald Edward Brazie, Jr** | | Case number *(if known)* | |
|---|---|---|---|---|

Contact

**800-237-4444**
Contact phone

☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

---

**3**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**What is the nature of the claim?** **Charge Account** $16,059.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Bankruptcy Dept.**

Contact

**800-955-7070**
Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

---

**4**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**What is the nature of the claim?** **Charge Account** $10,990.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Bankruptcy Dept.**

Contact

**800-955-7070**
Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

---

**5**

**Compass Group, LLC**
**PO Box 1419**
**Battle Ground, WA 98604**

**What is the nature of the claim?** **4168, 4242 & 4260 SW Eleven Mile Ave, Gresham, OR** $194,700.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Malcolm E. Johnson**

**mjohnson@mejlaw.com**
Contact

**360-687-1148**
Contact phone

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured) **$493,234.00**

Value of security: - **$332,250.00**

---

B 104 (Official Form 104)  **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 22-30180-dwh7    Doc 6    Filed 02/04/22

| Debtor 1 | **Gerald Edward Brazie, Jr** | Case number *(if known)* | |
|---|---|---|---|
| | Contact phone | Unsecured claim | **$194,700.00** |

| 6 | **Key Bank**<br>PO Box 94932<br>Cleveland, OH 44101 | **What is the nature of the claim?** | **Credit card** | **$9,500.00** |
|---|---|---|---|---|
| | | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | **Customer Service** | **Does the creditor have a lien on your property?** | | |
| | **bk_specialists@keybank.com**<br>Contact | ■ No<br>☐ Yes. Total claim (secured and unsecured) | | |
| | **800-821-2829**<br>Contact phone | Value of security:<br>Unsecured claim | - | |

| 7 | **SBF Holding, LLC**<br>**Sunstone Business Finance, LLC**<br>**5 Centerpoint Drive, Ste 400**<br>**Lake Oswego, OR 97035** | **What is the nature of the claim?** | **14481 SE Wyeast Ave, Damascas, OR 97089, 1965 Buick Grand Sport, 10300 SE 92nd, Ave, et al.** | **$2,740,317.00** |
|---|---|---|---|---|
| | | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | **Dann Wheeler** | **Does the creditor have a lien on your property?** | | |
| | **dwheeler@sunstonebusinessfinance.com**<br>Contact | ☐ No<br>■ Yes. Total claim (secured and unsecured) | | **$6,038,585.00** |
| | **503-970-8759**<br>Contact phone | Value of security:<br>Unsecured claim | - | **$3,665,958.00**<br>**$2,740,317.00** |

| 8 | **Umpqua Bank**<br>PO Box 1820<br>Roseburg, OR 97470 | **What is the nature of the claim?** | **Vehicles** | **$365,390.00** |
|---|---|---|---|---|
| | | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | **Lee Nusich** | **Does the creditor have a lien on your property?** | | |
| | **Fax: 503-778-2200**<br>Contact | ☐ No<br>■ Yes. Total claim (secured and unsecured)<br>Value of security: | - | **$497,390.00**<br>**$132,000.00** |

B 104 (Official Form 104)   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   **Page 3**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 22-30180-dwh7    Doc 6    Filed 02/04/22

| Debtor 1 | **Gerald Edward Brazie, Jr** | Case number *(if known)* | |
|---|---|---|---|

**503-778-2100**
Contact phone

Unsecured claim $365,390.00

---

**9**

**US Dept. of Labor**
**200 Constitution Ave NW**
**Washington, DC 20210**

What is the nature of the claim? **4146, 4168, 4242 & 4260 SW Eleven Mile Ave, Gresham, OR** $2,867,750.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Norman Garcia**

**garcia.norman@dol.gov**
Contact

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured) $3,200,000.00
Value of security: - $332,250.00
Unsecured claim $2,867,750.00

**415-625-7747**
Contact phone

---

**10**

**Uscb America**
**Attn: Bankruptcy**
**Po Box 74929**
**Los Angeles, CA 90004**

What is the nature of the claim? **Collection Attorney Kaiser Permanente Nw** $1,723.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Bankruptcy Dept.**
Contact

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

**213-674-8959**
Contact phone

---

**11**

**Uscb America**
**Attn: Bankruptcy**
**Po Box 74929**
**Los Angeles, CA 90004**

What is the nature of the claim? **Collection Attorney Kaiser Permanente Nw** $1,538.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Bankruptcy Dept**
Contact

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

B 104 (Official Form 104)  **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  **Page 4**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 22-30180-dwh7    Doc 6    Filed 02/04/22

| Debtor 1 | **Gerald Edward Brazie, Jr** | Case number *(if known)* | |
|---|---|---|---|

**213-674-8959**
Contact phone

Value of security: -
Unsecured claim

---

| 12 | | What is the nature of the claim? | **Collection Attorney Kaiser Permanente Nw** | **$1,511.00** |
|---|---|---|---|---|

**Uscb America
Attn: Bankruptcy
Po Box 74929
Los Angeles, CA 90004**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Bankruptcy Dept.**
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

**213-674-8959**
Contact phone

Value of security: -
Unsecured claim

---

| 13 | | What is the nature of the claim? | **Collection Attorney Kaiser Permanente Nw** | **$1,233.00** |
|---|---|---|---|---|

**Uscb America
Attn: Bankruptcy
Po Box 74929
Los Angeles, CA 90004**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Bankruptcy Dept.**
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

**213-674-8959**
Contact phone

Value of security: -
Unsecured claim

---

| 14 | | What is the nature of the claim? | **Collection Attorney Kaiser Permanente Nw** | **$673.00** |
|---|---|---|---|---|

**Uscb America
Attn: Bankruptcy
Po Box 74929
Los Angeles, CA 90004**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Bankruptcy Dept.**
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 5**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 22-30180-dwh7    Doc 6    Filed 02/04/22

| Debtor 1 | **Gerald Edward Brazie, Jr** | Case number *(if known)* | |
|---|---|---|---|

☐

**213-674-8959**
Contact phone

Value of security: -
Unsecured claim

---

**15**

**Uscb America**
**Attn: Bankruptcy**
**Po Box 74929**
**Los Angeles, CA 90004**

**Bankruptcy Dept.**
Contact

**213-674-8959**
Contact phone

**What is the nature of the claim?**  **Collection Attorney Kaiser Permanente Nw**  $580.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

---

**16**

**Uscb America**
**Attn: Bankruptcy**
**Po Box 74929**
**Los Angeles, CA 90004**

**Bankruptcy Dept.**
Contact

**213-674-8959**
Contact phone

**What is the nature of the claim?**  **Collection Attorney Kaiser Permanente Nw**  $257.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

---

**17**

**Wilmington National Trust Assoc**
**Trustee: Morgan Stanley Bank**
**c/o Douglas Pahl**
**1120 NW Couch St #10**
**Portland, OR 97209**

**Douglas Pahl**

**What is the nature of the claim?**  **Lawsuit Corporate Debt - Personal Guaranty**  $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 22-30180-dwh7   Doc 6   Filed 02/04/22

Debtor 1 **Gerald Edward Brazie, Jr**     Case number *(if known)*

**Fax: 503-346-2087**
Contact

☐ Yes. Total claim (secured and unsecured)

**503-727-2087**
Contact phone

Value of security: -
Unsecured claim

| 18 | **World's Foremost Bank**<br>**4800 Nw 1st Street**<br>**Suite 300**<br>**Lincoln, NE 68521** | **What is the nature of the claim?**    **Credit Card**    $10,760.00 |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Customer Service**
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

**402-323-4300**
Contact phone

Value of security: -
Unsecured claim

### Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Gerald Edward Brazie, Jr**
   **Gerald Edward Brazie, Jr**
   Signature of Debtor 1

X _____
   Signature of Debtor 2

Date    **February 4, 2022**

Date

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 22-30180-dwh7    Doc 6    Filed 02/04/22