**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gerald Edward Brazie, Jr** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number | **22-30180-dwh11** |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $    **1,185,361.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $    **683,026.50** |
| 1c. Copy line 63, Total of all property on Schedule A/B.......................................................... | $    **1,868,387.50** |

**Part 2:**    **Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    **10,707,301.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F...............................* | $    **0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F...........................* | $    **161,150.00** |
| **Your total liabilities** | $    **10,868,451.00** |

**Part 3:**    **Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I.................................................................* | $    **4,950.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J.........................................................................* | $    **20,923.00** |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

**Fill in this information to identify your case and this filing:**

Debtor 1     **Gerald Edward Brazie, Jr**
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number    **22-30180-dwh11**

☐ Check if this is an
     amended filing

## Official Form 106A/B
# Schedule A/B: Property                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1    **14481 SE Wyeast Ave**
     Street address, if available, or other description

     **Damascus**      **OR**      **97089-0000**
     City        State        ZIP Code

     **Clackamas**
     County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Clackamas County RMV $853,111**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$853,111.00** | **$853,111.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by entireties**

☐ Check if this is community property
   (see instructions)

**1.2**    **If you own or have more than one, list here:**

**4242 SW Eleven Mile Ave**

Street address, if available, or other description

**Gresham**          **OR**      **97080-0000**

City                          State          ZIP Code

**Multnomah**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**1/2 interest - Multnomah County RMV $170,000**
**.15 acres**
**Property Tax Foreclosure judgment entered 10/28/20; redemption period expires 10/28/22**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$170,000.00** | **$85,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ **Check if this is community property**
(see instructions)

---

**1.3**    **If you own or have more than one, list here:**

**4260 SW Eleven Mile Rd.**

Street address, if available, or other description

**Gresham**          **OR**      **97080-0000**

City                          State          ZIP Code

**Multnomah**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**1/2 interest - Multnomah County RMV $162,250**
**.13 acres**
**Property Tax Foreclosure judgment entered 10/28/20; redemption period expires 10/28/22**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$162,250.00** | **$81,125.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ **Check if this is community property**
(see instructions)

1.4 **If you own or have more than one, list here:**

**4146 SW Eleven Mile Ave**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Gresham**      **OR**    **97080-0000**
City                State       ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $170,000.00 | $85,000.00 |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Multnomah**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**1/2 interest - Multnomah County RMV $170,000**
**.17 acres**
**Property Tax Foreclosure judgment entered 10/28/20; redemption period expires 10/28/22**

---

1.5 **If you own or have more than one, list here:**

**4168 SW Eleven Mile Ave**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Gresham**      **OR**    **97080-0000**
City                State       ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $162,250.00 | $81,125.00 |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Multnomah**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**1/2 interest - Multnomah County RMV $162,250**
**.13 acres**
**Property Tax Foreclosure judgment entered 10/28/20; redemption period expires 10/28/22**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.**........................................................................=>

| $1,185,361.00 |
|---|

---

**Part 2:**   **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Case 22-30180-dwh11     Doc 27     Filed 02/25/22

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Buick** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Gran Sport** | ☑ Debtor 1 only | |
| | Year: **1965** | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Location: 14481 SE Wyeast Ave, Damascas, OR 97089** | ☐ Check if this is community property (see instructions) | **$125,000.00**        **$125,000.00** |

| | | | |
|---|---|---|---|
| 3.2 | Make: **Buick** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **GS Stage 1** | ☑ Debtor 1 only | |
| | Year: **1972** | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Location: 14481 SE Wyeast Ave, Damascas, OR 97089** | ☐ Check if this is community property (see instructions) | **$50,000.00**         **$50,000.00** |

| | | | |
|---|---|---|---|
| 3.3 | Make: **Triumph** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Sprint 955 Motorcycle** | ☑ Debtor 1 only | |
| | Year: **2001** | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Location: 14481 SE Wyeast Ave, Damascas, OR 97089** | ☐ Check if this is community property (see instructions) | **$5,000.00**          **$5,000.00** |

| | | | |
|---|---|---|---|
| 3.4 | Make: **Harley Davidson** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Motorcycle** | ☑ Debtor 1 only | |
| | Year: **2003** | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Location: 14481 SE Wyeast Ave, Damascas, OR 97089** | ☐ Check if this is community property (see instructions) | **$8,000.00**          **$8,000.00** |

| | | | |
|---|---|---|---|
| 3.5 | Make: **Triumph** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Sprint ST Motorcycle** | ☑ Debtor 1 only | |
| | Year: **2003** | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Location: 14481 SE Wyeast Ave, Damascas, OR 97089** | ☐ Check if this is community property (see instructions) | **$5,000.00**          **$5,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| 3.6 | Make: | **Mercedes** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **C55** | ☑ Debtor 1 only | | |
| | Year: | **2006** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Location: 14481 SE Wyeast Ave, Damascas, OR 97089** | | ☐ Check if this is community property *(see instructions)* | **$35,000.00** | **$35,000.00** |

| 3.7 | Make: | **Triumph** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Speed Four Motorcycle** | ☑ Debtor 1 only | | |
| | Year: | **2006** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Location: 14481 SE Wyeast Ave, Damascas, OR 97089** | | ☐ Check if this is community property *(see instructions)* | **$6,000.00** | **$6,000.00** |

| 3.8 | Make: | **Harley Davidson** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Motorcycle** | ☑ Debtor 1 only | | |
| | Year: | **2007** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Location: 14481 SE Wyeast Ave, Damascas, OR 97089** | | ☐ Check if this is community property *(see instructions)* | **$10,000.00** | **$10,000.00** |

| 3.9 | Make: | **Honda** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Motorcycle** | ☑ Debtor 1 only | | |
| | Year: | **2008** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Location: 14481 SE Wyeast Ave, Damascas, OR 97089** | | ☐ Check if this is community property *(see instructions)* | **$5,000.00** | **$5,000.00** |

| 3.10 | Make: | **Ford** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Super Snake** | ☑ Debtor 1 only | | |
| | Year: | **2010** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Location: 14481 SE Wyeast Ave, Damascas, OR 97089** | | ☐ Check if this is community property *(see instructions)* | **$48,500.00** | **$48,500.00** |

| 3.11 | Make: | **Ford** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **F150 Raptor** | ☑ Debtor 1 only | | |
| | Year: | **2013** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Location: 14481 SE Wyeast Ave, Damascas, OR 97089** | | ☐ Check if this is community property *(see instructions)* | **$20,000.00** | **$20,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

3.1
2

| Make: | **Mercedes** |
|---|---|
| Model: | **S Class** |
| Year: | **2015** |
| Approximate mileage: | |
| Other information: | |

**417 Gambrel Ct, Franklin, TN 37067**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$90,000.00** | **$90,000.00** |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>

**$407,500.00**

**Part 3:**   **Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes. Describe.....

| Household goods and furnishings 1/2 interest - total value $25,000 | |
|---|---|
| | **$12,500.00** |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

| Misc home electronics 1/2 interest - total value $10,000 | |
|---|---|
| | **$5,000.00** |

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ■ Yes.  Describe.....

| Sports and Auto memorabilia | |
|---|---|
| | **$5,000.00** |

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes.  Describe.....

| Sports and hobby equipment 1/2 interest - total value $5,000 | |
|---|---|
| | **$2,500.00** |

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

| 1917 Glock 17 & American Arms 454 Casull | $3,000.00 |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Clothing | $3,000.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| Jewelry | $5,000.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ..........................................................................

    | $36,000.00 |
    |---|

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.........................................................................................................

|  | **Cash** | $2,000.00 |
|---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
    institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................              Institution name:

| 17.1. | **Columbia Bank - checking #0734** **1/2 interest - total value $3,721** | $1,860.50 |
|---|---|---|

| 17.2. | **Point West Credit Union - savings** | $5.00 |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................      Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Senvoy, LLC (insolvent - liabilities exceed assets)** | **99** % | **Unknown** |
| **TKM Investment Properties, LLC (in receivership)** | **99** % | **Unknown** |
| **TKM Holdings, LLC  (insolvent - liabilities exceed assets)** <br> **(this entity holds the membership interest in TKM Land, LLC and TKM Portfolio, LLC)** | **99** % | **Unknown** |
| **ZoAn Management, Inc. (insolvent - liabilities exceed assets)** | **100** % | **Unknown** |
| **Driver Resources, LLC (adimistratively dissolved)** | **99** % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
           Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
           Type of account:      Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. .....................      Institution name or individual:

| | | |
|---|---|---|
| **Security deposit for rental in TN** | **Elite Properties** | **$5,000.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes.  Give specific information about them...

| | |
|---|---|
| **The Gerald E. Brazie Jr Irrevocable Trust U/A/D May 9, 2008, Trustee: Kathie Brazie (assets: certain life insurance policies described below)** | **Unknown** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| **Potential tax refunds for 2019 (Federal), 2020 (State and Federal) and 2021 (State and Federal)** | **Unknown** |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Northwestern Mutual - Adjustable Comp Life #1665 (net accumulated value on 2/22/22) Insured - Gerald E. Brazie Jr; Owner - Gerald E. Brazie Jr.** | **Kathie S. Brazie** | **$53,792.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Case 22-30180-dwh11     Doc 27     Filed 02/25/22

| | | |
|---|---|---|
| **Northwestern Mutual - Adjustable Comp Life #0948 (net accumulated value on 2/2/22)** Insured - Gerald E. Brazie Jr; Owner - Gerald E. Brazie Jr. | Kathie S. Brazie | $43,219.00 |
| **Northwestern Mutual - Variable Comp Life #9005 (net accumulated value as of 2/22/22)** Insured - Gerald E. Brazie Jr; Owner - Gerald E. Brazie Jr. | Kathie S. Brazie | $58,908.00 |
| **Northwestern Mutual - Adjustable Complife #8304 (net accumulated value as of 2/22/22)** Insured - Gerald E. Brzie Jr; Beneficiary - Kathrynne S Brazie Trustee Or Successor Trustee Of The Gerald E. Brazie Jr Irrevocable Trust U/A/D May 9, 2008;Owner - G Brazie Jr Irr Trust | Kathrynne S Brazie Trustee Or Successor Trustee Of The Gerald E. Brazie Jr Irrev | $18,325.00 |
| **Northwestern Mutual - 65 Life #4835 (net accumulated value as of 2/22/22)** Insured - Kyra Z. Brazie;  Owner - Gerald E. Brazie Jr. | Gerald E. Brazie Jr | $10,258.00 |
| **Northwestern Mutual - 65 Life #4807 (net accumulated value as of 2/22/22)** Insured - Trystn C. Brazie;  Owner - Gerald E. Brazie Jr. | Gerald E. Brazie Jr | $11,429.00 |
| **Northwestern Mutual - 65 Life #4773 (net accumulated value as of 2/22/22)** Insured - Max M. Brazie;  Owner - Gerald E. Brazie Jr. | Gerald E. Brazie Jr | $10,254.00 |
| **Northwestern Mutual - Adjustale Complife #2616 (net accumulated value as of 2/22/22, $140,158)** Insured - Kathrynne S. Brazie;  Owner - Kathrynne S. Brazie | Jerry E. Brazie | $0.00 |
| **Transamerica - UL Fixed #4035 (net accumulated value on 2/25/22)** Insured - Gerald E. Brazie Jr; Owner - G Brazie Jr Trust DTD 050908 | Trust Dated 0509208 | $15,076.00 |
| **Banner Life Insurance - Continuity UL 100 #7729 (net accumulated value on 2/14/22)** Insured - Gerald E. Brazie Jr; Owner - Gerald E. Brazie Jr. | Primary: Gerald E Brazie Jr Irr Trust Dted 050908; Contingent:Kathrynne S Brazie | $9,400.00 |

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

32.  **Any interest in property that is due you from someone who has died**
     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
     someone has died.
     ■ No
     ☐ Yes. Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
     ■ No
     ☐ Yes. Describe each claim.........

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
     ■ No
     ☐ Yes. Describe each claim.........

35.  **Any financial assets you did not already list**
     ■ No
     ☐ Yes. Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here**...............................................................................................................    | **$239,526.50** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**
     ■ No. Go to Part 6.
     ☐ Yes. Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
     ■ No. Go to Part 7.
     ☐ Yes. Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ■ No
     ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |

| 55. | **Part 1: Total real estate, line 2** ...................................................................... | | **$1,185,361.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$407,500.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$36,000.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$239,526.50** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$683,026.50** | Copy personal property total → **$683,026.50** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$1,868,387.50** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gerald Edward Brazie, Jr** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number | **22-30180-dwh11** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt      4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Household goods and furnishings**<br>**1/2 interest - total value $25,000**<br>Line from *Schedule A/B*: **6.1** | $12,500.00 | ☑ | $3,000.00 | ORS § 18.345(1)(f) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1917 Glock 17 & American Arms 454**<br>**Casull**<br>Line from *Schedule A/B*: **10.1** | $3,000.00 | ☑ | $1,000.00 | ORS § 18.362 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $3,000.00 | ☑ | $1,800.00 | ORS § 18.345(1)(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Columbia Bank - checking #0734**<br>**1/2 interest - total value $3,721**<br>Line from *Schedule A/B*: **17.1** | $1,860.50 | ☑ | $400.00 | ORS § 18.345(1)(p) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Security deposit for rental in TN:**<br>**Elite Properties**<br>Line from *Schedule A/B*: **22.1** | $5,000.00 | ☑ | $5,000.00 | ORS §§ 18.395, 18.402 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Northwestern Mutual - Adjustable Comp Life #1665 (net accumulated value on 2/22/22) Insured - Gerald E. Brazie Jr; Owner - Gerald E. Brazie Jr. Beneficiary: Kathie S. Brazie** Line from *Schedule A/B*: **31.1** | $53,792.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | ORS §§ 743.046, 732.240 |
| **Northwestern Mutual - Adjustable Comp Life #0948 (net accumulated value on 2/2/22) Insured - Gerald E. Brazie Jr; Owner - Gerald E. Brazie Jr. Beneficiary: Kathie S. Brazie** Line from *Schedule A/B*: **31.2** | $43,219.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | ORS §§ 743.046, 732.240 |
| **Northwestern Mutual - Variable Comp Life #9005 (net accumulated value as of 2/22/22) Insured - Gerald E. Brazie Jr; Owner - Gerald E. Brazie Jr. Beneficiary: Kathie S. Brazie** Line from *Schedule A/B*: **31.3** | $58,908.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | ORS §§ 743.046, 732.240 |
| **Northwestern Mutual - Adjustable Complife #8304 (net accumulated value as of 2/22/22) Insured - Gerald E. Brzie Jr; Beneficiary - Kathrynne S Brazie Trustee Or Successor Trustee Of The Gerald E. Brazie Jr Irrevocable Trust U/A/D May 9, 2008;Owner - G Braz** Line from *Schedule A/B*: **31.4** | $18,325.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | ORS §§ 743.046, 732.240 |
| **Northwestern Mutual - 65 Life #4835 (net accumulated value as of 2/22/22) Insured - Kyra Z. Brazie;  Owner - Gerald E. Brazie Jr. Beneficiary: Gerald E. Brazie Jr** Line from *Schedule A/B*: **31.5** | $10,258.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | ORS §§ 743.046, 732.240 |
| **Northwestern Mutual - 65 Life #4807 (net accumulated value as of 2/22/22) Insured - Trystn C. Brazie;  Owner - Gerald E. Brazie Jr. Beneficiary: Gerald E. Brazie Jr** Line from *Schedule A/B*: **31.6** | $11,429.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | ORS §§ 743.046, 732.240 |
| **Northwestern Mutual - 65 Life #4773 (net accumulated value as of 2/22/22) Insured - Max M. Brazie;  Owner - Gerald E. Brazie Jr. Beneficiary: Gerald E. Brazie Jr** Line from *Schedule A/B*: **31.7** | $10,254.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | ORS §§ 743.046, 732.240 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Northwestern Mutual - Adjustale Complife #2616 (net accumulated value as of 2/22/22, $140,158) Insured - Kathrynne S. Brazie; Owner - Kathrynne S. Brazie Beneficiary: Jerry E. Brazie** Line from *Schedule A/B*: **31.8** | $0.00 | ■ **100%** ☐ 100% of fair market value, up to any applicable statutory limit | **ORS §§ 743.046, 732.240** |
| **Transamerica - UL Fixed #4035 (net accumulated value on 2/25/22) Insured - Gerald E. Brazie Jr; Owner - G Brazie Jr Trust DTD 050908 Beneficiary: Trust Dated 0509208** Line from *Schedule A/B*: **31.9** | $15,076.00 | ■ **100%** ☐ 100% of fair market value, up to any applicable statutory limit | **ORS §§ 743.046, 732.240** |
| **Banner Life Insurance - Continuity UL 100 #7729 (net accumulated value on 2/14/22) Insured - Gerald E. Brazie Jr; Owner - Gerald E. Brazie Jr. Beneficiary: Primary: Gerald E Brazie Jr Irr Trust Dted 050908; Contingent:Kathrynne S Brazie** Line from *Schedule A/B*: **31.10** | $9,400.00 | ■ **100%** ☐ 100% of fair market value, up to any applicable statutory limit | **ORS §§ 743.046, 732.240** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| Debtor 1 | **Gerald Edward Brazie, Jr** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number    **22-30180-dwh11**
(if known)

☐ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Atlas Financial Services**<br>Creditor's Name | Describe the property that secures the claim:<br>**14481 SE Wyeast Ave Damascus, OR 97089  Clackamas County**<br>**Clackamas County RMV $853,111** | $3,690.00 | $853,111.00 | $0.00 |

| | |
|---|---|
| **PO Box 1180**<br>**Vancouver, WA 98666**<br>Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a<br>community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured<br>car loan)<br><br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) |

| Date debt was incurred _____ | Last 4 digits of account number _____ |
|---|---|

| | | | | |
|---|---|---|---|---|
| **2.2** **Compass Group, LLC**<br>Creditor's Name | Describe the property that secures the claim:<br>**4242 & 4260 SW Eleven Mile Ave, Gresham, OR** | $493,234.00 | $332,250.00 | $194,700.00 |

| | |
|---|---|
| **PO Box 1419**<br>**Battle Ground, WA 98604**<br>Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a<br>community debt | **Nature of lien.** Check all that apply.<br>■ An agreement you made (such as mortgage or secured<br>car loan)<br><br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) |

| Date debt was incurred _____ | Last 4 digits of account number _____ |
|---|---|

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| 2.3 | **Multnomah County Tax Assessor** | | $8,943.00 | $170,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**4146 SW Eleven Mile Ave Gresham, OR 97080  Multnomah County 1/2 interest - Multnomah County RMV $170,000 .17 acres Property Tax Foreclosure judgment entered 10/28/20; redemption period expires 10/28/22**

**c/o Michael Vaughn, Tax Assessor PO Box 2716 Portland, OR 97208-2716**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **3773**

| 2.4 | **Multnomah County Tax Assessor** | | $8,943.00 | $170,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**4242 SW Eleven Mile Ave Gresham, OR 97080  Multnomah County 1/2 interest - Multnomah County RMV $170,000 .15 acres Property Tax Foreclosure judgment entered 10/28/20; redemption period expires 10/28/22**

**c/o Michael Vaughn, Tax Assessor PO Box 2716 Portland, OR 97208-2716**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **3776**

| | | | | |
|---|---|---|---|---|
| **2.5** | **Multnomah County Tax Assessor** | Describe the property that secures the claim: | $8,545.00 | $162,250.00 | $0.00 |

**2.5** | **Multnomah County Tax Assessor**

Creditor's Name

Describe the property that secures the claim:     **$8,545.00**     **$162,250.00**     **$0.00**

**4168 SW Eleven Mile Ave Gresham, OR 97080  Multnomah County 1/2 interest - Multnomah County RMV $162,250 .13 acres Property Tax Foreclosure judgment entered 10/28/20; redemption period expires 10/28/22**

**c/o Michael Vaughn, Tax Assessor PO Box 2716 Portland, OR 97208-2716**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number    **3774**

---

**2.6** | **Multnomah County Tax Assessor**

Creditor's Name

Describe the property that secures the claim:     **$8,545.00**     **$162,250.00**     **$0.00**

**4260 SW Eleven Mile Rd. Gresham, OR 97080  Multnomah County 1/2 interest - Multnomah County RMV $162,250 .13 acres Property Tax Foreclosure judgment entered 10/28/20; redemption period expires 10/28/22**

**c/o Michael Vaughn, Tax Assessor PO Box 2716 Portland, OR 97208-2716**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number    **3777**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| 2.7 | **Point West Credit Union** | Describe the property that secures the claim: | $2,980.00 | $48,500.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2010 Ford Super Snake
Location: 14481 SE Wyeast Ave,
Damascas, OR 97089**

**PO Box 11999
Portland, OR 97211**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.8 | **Point West Credit Union** | Describe the property that secures the claim: | $14,592.00 | $20,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2013 Ford F150 Raptor
Location: 14481 SE Wyeast Ave,
Damascas, OR 97089**

**PO Box 11999
Portland, OR 97211**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.9 | **Point West Credit Union** | Describe the property that secures the claim: | $57,854.00 | $90,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2015 Mercedes S Class
417 Gambrel Ct, Franklin, TN 37067**

**PO Box 11999
Portland, OR 97211**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

---

**2.10**

**SBF Holding, LLC**          Describe the property that secures the claim:    **$6,038,585.00**    **$978,111.00**    **$5,428,164.00**

Creditor's Name

**Sunstone Business Finance, LLC**
**5 Centerpoint Drive, Ste 400**
**Lake Oswego, OR 97035**

| 14481 SE Wyeast Ave, Damascas, OR 97089, 1965 Buick Grand Sport |
|---|

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only                 ■ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only        ☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another    ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt    ☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

**2.11**

**Select Portfolio Servicing**     Describe the property that secures the claim:    **$315,635.00**    **$853,111.00**    **$0.00**

Creditor's Name

**Servicer for Suntrust Mortgage, Inc.**
**PO Box 65250**
**Salt Lake City, UT 84165**

| 14481 SE Wyeast Ave Damascus, OR 97089  Clackamas County Clackamas County RMV $853,111 |
|---|

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only                 ■ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only        ☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt    ☐ Other (including a right to offset) _____

**Date debt was incurred**  **1/21/2005**    **Last 4 digits of account number**  **1867**

---

**2.12**

**Suntrust Bank**               Describe the property that secures the claim:    **$48,365.00**    **$853,111.00**    **$0.00**

Creditor's Name

**PO Box 79282**
**Baltimore, MD 21279**

| 14481 SE Wyeast Ave Damascus, OR 97089  Clackamas County Clackamas County RMV $853,111 |
|---|

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only                 ■ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only        ☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt    ☐ Other (including a right to offset) _____

**Date debt was incurred**  **1/21/05**    **Last 4 digits of account number**  **0204**

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 8

| 2.1 3 | **Umpqua Bank** | | Describe the property that secures the claim: | $497,390.00 | $132,000.00 | $365,390.00 |

| | Creditor's Name |

**Vehicles - see Exhibit A**

**PO Box 1820**
**Roseburg, OR 97470**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **10/15/19**          **Last 4 digits of account number** _____

---

| 2.1 4 | **US Dept. of Labor** | | Describe the property that secures the claim: | $3,200,000.00 | $1,842,111.00 | $3,200,000.00 |

| | Creditor's Name |

**4146, 4168, 4242, 4260 SW Eleven Mile Ave, Gresham, OR; 14481 SE Wyeast Ave, Damascas, OR**

**200 Constitution Ave NW**
**Washington, DC 20210**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____          **Last 4 digits of account number** _____

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $10,707,301.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $10,707,301.00 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
       **Atlas Financial Services**
       **Registrant: We Collect, Inc.**
       **c/o Mark Passannante, RA**
       **806 SW Broadway, Ste 1200**
       **Portland, OR 97205**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  ___

Gerald E. Brazie, Jr
Case No: 22-30180-dwh11

Schedule D
Umpqua Bank: Description of Property

1972 Buick GS Stage 1 Convertible
(Custom Show Car)
2001 Triumph Sprint 955 (Motorcycle)
2002 Ford F150 Lightning
2003 Harley Davidson
2003 Triumph Sprint ST (Motorcycle)
2006 Mercedes
2006 Triumph Speed Four (Motorcycle)
2007 Harley Davidson
2008 Honda (Motorcycle)

| [ ] | Name, Number, Street, City, State & Zip Code<br>**Attorney General of United States**<br>**950 Pennsylvania Ave. NW**<br>**Washington, DC 20530** | On which line in Part 1 did you enter the creditor?  **2.14**<br><br>Last 4 digits of account number ___ |
|---|---|---|
| [ ] | Name, Number, Street, City, State & Zip Code<br>**Compass Group, LLC**<br>**c/o Monty Anderson, RA**<br>**PO Box 1419**<br>**Battle Ground, WA 98604** | On which line in Part 1 did you enter the creditor?  **2.2**<br><br>Last 4 digits of account number ___ |
| [ ] | Name, Number, Street, City, State & Zip Code<br>**Norman E. Garcia, Senior Trial Atty**<br>**Office of the Solicitor**<br>**United States Department of Labor**<br>**90 Seventh St, Rm 3-700**<br>**San Francisco, CA 94103** | On which line in Part 1 did you enter the creditor?  **2.14**<br><br>Last 4 digits of account number ___ |
| [ ] | Name, Number, Street, City, State & Zip Code<br>**Point West Credit Union**<br>**c/o Amy Nelson, President & CEO**<br>**1107 NE 9th Ave #108**<br>**Portland, OR 97232** | On which line in Part 1 did you enter the creditor?  **2.7**<br><br>Last 4 digits of account number ___ |
| [ ] | Name, Number, Street, City, State & Zip Code<br>**SBF Holding, LLC**<br>**c/o Dann Wheeler, RA**<br>**5 Centerpointe Dr, Ste 400**<br>**Lake Oswego, OR 97035** | On which line in Part 1 did you enter the creditor?  **2.10**<br><br>Last 4 digits of account number ___ |
| [ ] | Name, Number, Street, City, State & Zip Code<br>**Select Portfolio Servicing**<br>**c/o Corporation Service Company, RA**<br>**1127 Broadway St NE, Ste 310**<br>**Salem, OR 97301** | On which line in Part 1 did you enter the creditor?  **2.11**<br><br>Last 4 digits of account number ___ |
| [ ] | Name, Number, Street, City, State & Zip Code<br>**Suntrust Bank**<br>**nka Truist Financial Corporation**<br>**c/o William H. Rogers, CEO & President**<br>**214 North Tryon Street**<br>**Charlotte, NC 28202** | On which line in Part 1 did you enter the creditor?  **2.12**<br><br>Last 4 digits of account number ___ |
| [ ] | Name, Number, Street, City, State & Zip Code<br>**SunTrust Bank**<br>**c/o William H. Rogers, Jr., (CEO)**<br>**303 Peachtree St NE**<br>**Atlanta, GA 30308** | On which line in Part 1 did you enter the creditor?  **2.12**<br><br>Last 4 digits of account number ___ |
| [ ] | Name, Number, Street, City, State & Zip Code<br>**Suntrust Bk**<br>**Attn: Bankruptcy**<br>**Mail Code VA-RVW-6290  POB 8509**<br>**Richmond, VA 23286** | On which line in Part 1 did you enter the creditor?  **2.12**<br><br>Last 4 digits of account number ___ |

[ ]   Name, Number, Street, City, State & Zip Code
**Umpqua Bank**
**c/o Cort O'Haver, President & CEO**
**445 SE Main St**
**Roseburg, OR 97470**

On which line in Part 1 did you enter the creditor?   **2.13**

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
**Umpqua Bank**
**c/o Lee C. Nusich**
**601 SW 2nd Ave**
**Portland, OR 97204**

On which line in Part 1 did you enter the creditor?   **2.13**

Last 4 digits of account number ___

| | |
|---|---|
| Debtor 1 | **Gerald Edward Brazie, Jr** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number | **22-30180-dwh11** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Clackamas County Assessment & Taxation** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**c/o Tami Little, Assessor
150 Beavercreek Rd
Oregon City, OR 97045**
Number Street City State Zip Code

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  **Precautionary  - personal property taxes**

| 2.2 | **IRS** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Attorney General of United States**
**950 Pennsylvania Ave. NW**
**Washington, DC 20530**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
       **Precautionary**

---

| 2.3 | **IRS** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Civil Process Clerk**
**U.S. Attorney, District of Oregon**
**1000 SW 3rd, #600**
**Portland, OR 97204-2936**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
       **Precautionary**

---

| 2.4 | **IRS** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Centralized Insolvency Operation**
**P. O. Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
       **Precautionary**

---

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

---

| 2.5 | **ODR** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**ATTN: Bankruptcy Unit**
**955 Center St NE**
**Salem, OR 97301**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Precautionary**

---

| 2.6 | **ODR** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**c/o Ellen Rosenblum, Attorney**
**General**
**Oregon Department of Justice**
**1162 Court St, NE**
**Salem, OR 97301-4096**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Precautionary**

---

| 2.7 | **State of Oregon** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**c/o Ellen Rosenblum, Attorney**
**General**
**Oregon Department of Justice**
**1162 Court St, NE**
**Salem, OR 97301-4096**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Precautionary**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **American Express** | Last 4 digits of account number | **$70,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998-1535**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card**

| 4.2 | **Atmos Energy** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 740353**
**Cincinnati, OH 45274**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Only**

| 4.3 | **Capital One** | Last 4 digits of account number | 8287 | $16,059.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened 11/00  Last Active 01/22**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Charge Account**

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| 4.4 | **Capital One** | Last 4 digits of account number | **0830** | **$10,990.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130**

**When was the debt incurred?**    **Opened 06/03  Last Active 1/10/22**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Charge Account**

---

| 4.5 | **City of Franklin** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**PO Box 306097
Nashville, TN 37230**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

| 4.6 | **City of Portland** | Last 4 digits of account number | | **$2,512.00** |

Nonpriority Creditor's Name
**c/o Professional Credit Service
PO Box 7637
Springfield, OR 97475**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **TO BE ADDED BY AMENDMENT
  Business debt**

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| 4.7 | **City of Portland** | Last 4 digits of account number    3885 | $4,914.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Professional Credit Service**
**PO Box 7637**
**Springfield, OR 97475**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **TO BE ADDED BY AMENDMENT**
**Business debt**

---

| 4.8 | **City of Portland** | Last 4 digits of account number | $21,698.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Professional Credit Service**
**400 International Way, Ste 100**
**Springfield, OR 97477**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **TO BE ADDED BY AMENDMENT**
**Business debt**

---

| 4.9 | **Comcast/Xfinity** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 71211**
**Charlotte, NC 28272**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| | | | | |
|---|---|---|---|---|
| **4.10** | **Emergi-Trust PC** | Last 4 digits of account number | **3215** | **$2,134.00** |

Nonpriority Creditor's Name
**PO Box 966**
**Indianapolis, IN 46206**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **TO BE ADDED BY AMENDMENT**
                   **Medical bill**

---

| | | | |
|---|---|---|---|
| **4.11** | **Key Bank** | Last 4 digits of account number | **$9,500.00** |

Nonpriority Creditor's Name
**PO Box 94932**
**Cleveland, OH 44101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Credit card**

---

| | | | |
|---|---|---|---|
| **4.12** | **Middle Tennessee Electric** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**PO Box 330008**
**Murfreesboro, TN 37133**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Notice Only**

---

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

---

**4.1
3**

**Milcroften Utility District**                         Last 4 digits of account number _____    **$0.00**

Nonpriority Creditor's Name
**6333 Arno Rd**                                         When was the debt incurred?    _____
**Franklin, TN 37064**

Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                            ☐ Disputed

☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**             ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify  **Notice Only**  _____

---

**4.1
4**

**PGE**                                                  Last 4 digits of account number _____    **$0.00**

Nonpriority Creditor's Name
**PO Box 4438**                                          When was the debt incurred?    _____
**Portland, OR 97208**

Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                            ☐ Disputed

☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**             ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify  **Notice Only**  _____

---

**4.1
5**

**Summit Leasing, Inc.**                                 Last 4 digits of account number _____    **$0.00**

Nonpriority Creditor's Name
**PO Box 7**                                             When was the debt incurred?    _____
**Yakima, WA 98907**

Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                            ☐ Disputed

■ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**             ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify  **Corporate Precautionary**  _____

---

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| 4.1 6 | **Transverse LLC** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**5200 SW Macadam Ave, Ste 500
Portland, OR 97239**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Precautionary**

---

| 4.1 7 | **US Small Business Administration** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**1737 Gateway West, #300
El Paso, TX 79935**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate Precautionary**

---

| 4.1 8 | **Uscb America** | Last 4 digits of account number | **1958** | $1,723.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 74929
Los Angeles, CA 90004**

When was the debt incurred?   **Opened 05/19**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Kaiser Permanente Nw**

---

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

---

| 4.19 | **Uscb America** | Last 4 digits of account number | **0076** | $1,538.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 74929**
**Los Angeles, CA 90004**
Number Street City State Zip Code

When was the debt incurred?   **Opened 08/19**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of **NONPRIORITY** unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Kaiser Permanente Nw**

---

| 4.20 | **Uscb America** | Last 4 digits of account number | **4708** | $1,511.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 74929**
**Los Angeles, CA 90004**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/19  Last Active 11/17/20**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of **NONPRIORITY** unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Kaiser Permanente Nw**

---

| 4.21 | **Uscb America** | Last 4 digits of account number | **0832** | $1,233.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 74929**
**Los Angeles, CA 90004**
Number Street City State Zip Code

When was the debt incurred?   **Opened 07/19**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of **NONPRIORITY** unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Kaiser Permanente Nw**

---

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| 4.2 2 | **Uscb America** | Last 4 digits of account number | **2693** | **$673.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy
Po Box 74929
Los Angeles, CA 90004**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened 10/19  Last Active 12/16/20**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Kaiser Permanente Nw**

---

| 4.2 3 | **Uscb America** | Last 4 digits of account number | **0837** | **$580.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy
Po Box 74929
Los Angeles, CA 90004**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened 07/19**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Kaiser Permanente Nw**

---

| 4.2 4 | **Uscb America** | Last 4 digits of account number | **3830** | **$257.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy
Po Box 74929
Los Angeles, CA 90004**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened 08/19**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Kaiser Permanente Nw**

---

| 4.2 5 | **Williamson Medical Center** | **Last 4 digits of account number** _____ | **$5,068.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**4321 Carothers Pkwy**
**Franklin, TN 37067**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **TO BE ADDED BY AMENDMENT**
                    **Medical bill**

| 4.2 6 | **Wilmington National Trust Assoc** | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**Trustee: Morgan Stanley Bank**
**c/o Douglas Pahl**
**1120 NW Couch St #10**
**Portland, OR 97209**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **Lawsuit**
                    **Corporate Debt - Personal Guaranty**

| 4.2 7 | **World's Foremost Bank/Cabela's** | **Last 4 digits of account number** **4904** | **$10,760.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**4800 Nw 1st Street**
**Suite 300**
**Lincoln, NE 68521**

**When was the debt incurred?**  **Opened 11/14  Last Active 1/18/22**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify    **Credit Card**

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Atmos Energy Services, LLC**<br>**c/o Corporation Service Company,**<br>**RA**<br>**2908 Poston Ave**<br>**Nashville, TN 37230** | Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Cabela's**<br>**PO Box 82519**<br>**Lincoln, NE 68501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **City of Franklin**<br>**Attn: Shawna Billingsley, City**<br>**Attorney**<br>**City Hall**<br>**109 3rd Ave South**<br>**Franklin, TN 37064** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Comcast of**<br>**Kentucky/Tennesee/Virgia LLC**<br>**c/o CT Corp System, RA**<br>**300 Montvue Rd**<br>**Knoxville, TN 37919** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Middle Tennessee Electric**<br>**SharingChange**<br>**c/o Cindy I Lane, RA**<br>**555 New Salem Hwy**<br>**Murfreesboro, TN 37129** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Milcroften Utility District**<br>**c/o Danny Cotton, President**<br>**6333 Arno Rd.**<br>**Franklin, TN 37064** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Transverse, LLC**<br>**c/o Allison C Bizzano, Atty**<br>**Lotus Law Group**<br>**2 Centerpointe Dr Ste 345**<br>**Lake Oswego, OR 97035** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Transverse, LLC**<br>**c/o Matthew Goldberg, Atty**<br>**Lotus Law Group**<br>**2 Centerpointe Dr Ste 345**<br>**Lake Oswego, OR 97035** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 161,150.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 161,150.00 |

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gerald Edward Brazie, Jr** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number | 22-30180-dwh11 |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1 | |
| Name | |
| Number   Street | |
| City         State      ZIP Code | |
| 2.2 | |
| Name | |
| Number   Street | |
| City         State      ZIP Code | |
| 2.3 | |
| Name | |
| Number   Street | |
| City         State      ZIP Code | |
| 2.4 | |
| Name | |
| Number   Street | |
| City         State      ZIP Code | |
| 2.5 | |
| Name | |
| Number   Street | |
| City         State      ZIP Code | |

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| Debtor 1 | **Gerald Edward Brazie, Jr** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number | 22-30180-dwh11 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

# Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Driver Resources, LLC**<br>**115 SE Yamhill St, 2nd Fl**<br>**97214,** | ■ Schedule D, line ___**2.14**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**US Dept. of Labor** |
| 3.2 | **Driver Resources, LLC**<br>**115 SE Yamhill St, 2nd Fl**<br>**97214,** | ■ Schedule D, line ___**2.13**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Umpqua Bank** |
| 3.3 | **K & J Petrolium, LLC**<br>**PO Box 14607**<br>**Portland, OR 97293** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**Summit Leasing, Inc.** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4 **K & J Petrolium, LLC**<br>PO Box 14607<br>Portland, OR 97293 | ■ Schedule D, line __2.13__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Umpqua Bank** |
| 3.5 **Katherynne Brazie**<br>PO Box 14607<br>Portland, OR 97293 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Summit Leasing, Inc.** |
| 3.6 **Katherynne Brazie**<br>PO Box 14607<br>Portland, OR 97293 | ■ Schedule D, line __2.10__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**SBF Holding, LLC** |
| 3.7 **Senvoy, LLC**<br>PO Box 14607<br>Portland, OR 97293 | ■ Schedule D, line __2.14__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**US Dept. of Labor** |
| 3.8 **Senvoy, LLC**<br>PO Box 14607<br>Portland, OR 97293 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Summit Leasing, Inc.** |
| 3.9 **Senvoy, LLC**<br>PO Box 14607<br>Portland, OR 97293 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**US Small Business Administration** |
| 3.10 **Senvoy, LLC**<br>PO Box 14607<br>Portland, OR 97293 | ■ Schedule D, line __2.10__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**SBF Holding, LLC** |
| 3.11 **Senvoy, LLC**<br>PO Box 14607<br>Portland, OR 97293 | ■ Schedule D, line __2.13__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Umpqua Bank** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **TKM Investement Properties, LLC**<br>PO Box 14607<br>Portland, OR 97293 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Wilmington National Trust Assoc** |
| 3.13 **TKM Investement Properties, LLC**<br>PO Box 14607<br>Portland, OR 97293 | ■ Schedule D, line __2.13__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Umpqua Bank** |
| 3.14 **TKM Land, LLC**<br>PO Box 14607<br>Portland, OR 97293 | ■ Schedule D, line __2.10__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**SBF Holding, LLC** |
| 3.15 **ZoAn Management, Inc.**<br>18055 NE San Rafael Street, 2nd Floor<br>Portland, OR 97230 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**US Small Business Administration** |
| 3.16 **ZoAn Management, Inc.**<br>18055 NE San Rafael Street, 2nd Floor<br>Portland, OR 97230 | ■ Schedule D, line __2.14__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**US Dept. of Labor** |
| 3.17 **ZoAn Management, Inc.**<br>18055 NE San Rafael Street, 2nd Floor<br>Portland, OR 97230 | ■ Schedule D, line __2.13__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Umpqua Bank** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Gerald Edward Brazie, Jr** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (If known) | **22-30180-dwh11** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | **Business owner** | |
| **Employer's name** | **Various businesses** | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

|                                                                                 |       | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---------------------------------------------------------------------------------|-------|--------------|-----------------------------------|
| Copy line 4 here ................................................................ | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

|                                                                          |       | For Debtor 1 | For Debtor 2 or non-filing spouse |
|--------------------------------------------------------------------------|-------|--------------|-----------------------------------|
| 5a.   **Tax, Medicare, and Social Security deductions**                  | 5a.   | $ 0.00 | $ 0.00 |
| 5b.   **Mandatory contributions for retirement plans**                   | 5b.   | $ 0.00 | $ 0.00 |
| 5c.   **Voluntary contributions for retirement plans**                   | 5c.   | $ 0.00 | $ 0.00 |
| 5d.   **Required repayments of retirement fund loans**                   | 5d.   | $ 0.00 | $ 0.00 |
| 5e.   **Insurance**                                                      | 5e.   | $ 0.00 | $ 0.00 |
| 5f.   **Domestic support obligations**                                   | 5f.   | $ 0.00 | $ 0.00 |
| 5g.   **Union dues**                                                     | 5g.   | $ 0.00 | $ 0.00 |
| 5h.   **Other deductions.** Specify: _____             | 5h.+  | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   | 6. | $ 0.00 | $ 0.00 |

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.   | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a.   **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 4,950.00 | $ 0.00 |
| 8b.   **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c.   **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d.   **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e.   **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f.   **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g.   **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h.   **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   | 9. | $ 4,950.00 | $ 0.00 |

10. **Calculate monthly income.**  Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   | 10. | $ 4,950.00 | + $ 0.00 | = $ 4,950.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   | 11. | +$ 0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   | 12. | $ 4,950.00 |
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 __Gerald Edward Brazie, Jr__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number __22-30180-dwh11__
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?** ☐ No

Do not list Debtor 1 and Debtor 2.  ■ Yes. Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **20** | ☐ No  ■ Yes |
| **Daughter** | **22** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**
■ No
☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4.  $ __4,550.00__

**If not included in line 4:**

4a.  Real estate taxes     4a.  $ __0.00__
4b.  Property, homeowner's, or renter's insurance     4b.  $ __0.00__
4c.  Home maintenance, repair, and upkeep expenses     4c.  $ __100.00__
4d.  Homeowner's association or condominium dues     4d.  $ __0.00__
5.  **Additional mortgage payments for your residence,** such as home equity loans     5.  $ __0.00__

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| 6. | **Utilities:** | | |
|---|---|---|---|
| | 6a.   Electricity, heat, natural gas | 6a. $ | **200.00** |
| | 6b.   Water, sewer, garbage collection | 6b. $ | **125.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **325.00** |
| | 6d.   Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **1,000.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **100.00** |
| 10. | **Personal care products and services** | 10. $ | **200.00** |
| 11. | **Medical and dental expenses** | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. $ | **200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **25.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | **3,000.00** |
| | 15b.   Health insurance | 15b. $ | **850.00** |
| | 15c.   Vehicle insurance | 15c. $ | **3,000.00** |
| | 15d.   Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | **750.00** |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | **1,497.00** |
| | 17c.   Other. Specify:   **3rd vehicle** | 17c. $ | **751.00** |
| | 17d.   Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. $ | **3,950.00** |
| | 20b.   Real estate taxes | 20b. $ | **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:   **Pet/vet** | 21. +$ | **200.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **20,923.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **20,923.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **4,950.00** |
| | 23b.   Copy your monthly expenses from line 22c above. | 23b. -$ | **20,923.00** |
| | 23c.   Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. $ | **-15,973.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.       Explain here:

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

Fill in this information to identify your case:

Debtor 1 **Gerald Edward Brazie, Jr**
First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number **22-30180-dwh11**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Gerald Edward Brazie, Jr**        X _____
**Gerald Edward Brazie, Jr**             Signature of Debtor 2
Signature of Debtor 1

Date **February 25, 2022**            Date _____

| Debtor 1 | **Gerald Edward Brazie, Jr** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number (if known) | 22-30180-dwh11 | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **14481 SE Wyeast Ave Damascus, OR 97089** | From-To: **1/05 - 11/2020** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

**\*Income was returned to Senvoy, Inc. post-petition via credits and checks from the joint Columbia Bank account listed on Schedule A/B above.**

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $31,600.31 * | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $231,505.53 ** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **These include gross amounts paid to debtor whether in the form of distributions or draws and amounts paid to third parties on the debtor's behalf. |
| | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $5,500.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | Figures are subject to final accounting and review for tax purposes. Debtor also had income and losses attributable on a tax basis that have yet to be fixed for tax purposes. |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $290,227.21 ** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $89,913.28 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental Income | $4,950.00 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | Rental Income | $64,350.00 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | Rental Income | $9,900.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.     **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.     Go to line 7.

■ Yes     List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ **No.** Go to line 7.
☐ **Yes** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165** | **11/2/21 - $3,515;<br>12/3/21 - $3,515;<br>1/3/22 - $3,515** | **$10,545.00** | **$315,635.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Elite Properties** | **Last 90 days -<br>monthly payments<br>of $4,550** | **$13,650.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  __Monthly rental in<br>TN__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---------|---------------------------------------------------------|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

□ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---------------------------|--------------------|-----------------|--------------------|
| **Walsh v. Senvoy, LLC et Al**<br>**16-CV02293** | Labor: Fair Standards; Contempt Action | District of Oregon | ■ Pending<br>□ On appeal<br>□ Concluded |
| **Transverse LLC vs TKM Investment Properties, LLC, Gerald Brazie**<br>**18CV48485** | Contract | Multnomah County | ■ Pending<br>□ On appeal<br>□ Concluded |
| **Wilmington Trust National Association vs TKM Investment Properties, LLC, Gerald E. Brazie**<br>**19CV28989** | Tort - General | Multnomah County | ■ Pending<br>□ On appeal<br>□ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
□ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---------------------------|---------------------------------------------------|------|-----------------------|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
□ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---------------------------|---------------------------------------|-----------------------|--------|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
□ Yes

| Part 5: | List Certain Gifts and Contributions |
|---------|--------------------------------------|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
□ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|------------------------------------------------------------------------------------------------------------|--------------------|--------------------------|-------|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Vanden Bos & Chapman, LLP**<br>**319 SW Washington**<br>**Suite 520**<br>**Portland, OR 97204**<br>**doug@vbcattorneys.com** | **Attorney Fees** | **1/12/22 - $15,000; 2/4/22 - $35,000** | **$50,000.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Allen Credit and Debt Counseling Agency**<br>**20003 387th Ave**<br>**Wolsey, SD 57384** | | **2/1/22** | **$25.00** |

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Katherynne Brazie<br>PO Box 14607<br>Portland, OR 97293<br><br>Wife | Cash and other transfers of funds in deposit accounts in excess of $60,000.00. | Funds transferred used to pay joint living expenses and personal expenses and obligations of the debtor. | W/in last 2 years |
| Arms Length Transaction<br><br>No relation | Debtor sold 1969 Chevy P/U for $15,000. Funds were used to pay attorney fees | | 12/2021 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| 14481 SE Wyeast Ave<br>Damascus, OR 97089 | | Some vehicles are at the house in Oregon as listed on Schedules A/B | ☐ No<br>■ Yes |

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

**Part 9:**    Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐  **No**
☑  **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Son** | **417 Gambrel Ct**<br>**Franklin, TN 37067** | **Debtor gave 2007 Jeep to son more than 2 years ago but title was never changed to son's name.** | **Unknown** |
| **Senvoy, LLC**<br>**PO Box 14607**<br>**Portland, OR 97293** | **14481 SE Wyeast Ave**<br>**Damascus, OR 97089** | **2002 Ford F150 Lightning** | **$8,000.00** |
| **Senvoy, LLC**<br>**PO Box 14607**<br>**Portland, OR 97293** | **417 Gambrel Ct**<br>**Franklin, TN 37067** | **2018 Ford F150** | **Unknown** |
| **Senvoy, LLC**<br>**PO Box 14607**<br>**Portland, OR 97293** | **417 Gambrel Ct**<br>**Franklin, TN 37067** | **2018 Ford Mustang Shelby** | **Unknown** |
| **Senvoy, LLC**<br>**PO Box 14607**<br>**Portland, OR 97293** | **417 Gambrel Ct**<br>**Franklin, TN 37067** | **2013 Shelby Convertible** | **$45,000.00** |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑  **No**
☐  **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑  **No**
☐  **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ **No. None of the above applies.  Go to Part 12.**

    ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| **Senvoy, LLC**<br>**PO Box 14607**<br>**Portland, OR 97293** | **Courier service** | EIN: | **93-1266748** |
| | | From-To | **3/1999 - current** |
| **TKM Investment Properties, LLC**<br>**c/o Daniel Boverman, RA**<br>**11285 SW Walker Rd.**<br>**Portland, OR 97225** | **Commercial Real Estate**<br>**(assets in receivership)** | EIN: | **20-4339060** |
| | | From-To | **2/06 - 12/31/21** |
| **TKM Land, Inc.**<br>**PO Box 14607**<br>**Portland, OR 97293** | **Land development/ single**<br>**member LLC wholly owned by**<br>**TKM Holdings, LLC** | EIN: | **None** |
| | | From-To | **4/07 - current** |
| **TKM Holdings, LLC**<br>**PO Box 14607**<br>**Portland, OR 97293** | **Development/Investment** | EIN: | **26-3462789** |
| | | From-To | **8/08 - current** |
| **K & J Petroleum, LLC**<br>**18055 NE San Rafael St, 2nd Fl**<br>**Portland, OR 97230** | **Gas station(s)/convenience**<br>**store/car wash**<br>**(administratively dissolved)** | EIN: | **20-8443062** |
| | | From-To | **2/7/07 - 4/11/2019** |
| **Driver Resources, LLC**<br>**115 SE Yamhill St, 2nd Fl**<br>**97214** | **Courier services**<br>**(administratively dissolved)** | EIN: | **27-3633479** |
| | | From-To | **8/10/10 - 10/8/2020** |
| **ZoAn Management, Inc.**<br>**18055 NE San Rafael Street, 2nd**<br>**Floor**<br>**Portland, OR 97230** | **Management Services** | EIN: | **26-2429261** |
| | | From-To | **4/09 - 12/21** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Case 22-30180-dwh11    Doc 27    Filed 02/25/22

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **TKM Portfolio, Inc.**<br>**PO Box 14607**<br>**Portland, OR 97293** | **Land development/ single member LLC wholly owned by TKM Holdings, LLC (administratively dissolved)** | EIN:    **81-1416940**<br><br>From-To   **2/4/16 - 4/8/21** |
| **Pig Farm**<br>**14481 SE Wyeast Ave**<br>**Damascus, OR 97089** | **Pig farming business** | EIN:    **5532**<br><br>From-To   **1/2005 - 12/31/2019** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ **No**

■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Umpqua Bank**<br>**PO Box 1820**<br>**Roseburg, OR 97470** | **W/in last 2 years** |
| **US Dept. of Labor**<br>**200 Constitution Ave NW**<br>**Washington, DC 20210** | **W/in last 2 years** |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Gerald Edward Brazie, Jr**
**Gerald Edward Brazie, Jr**                                      **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **February 25, 2022**                                     Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Case 22-30180-dwh11    Doc 27    Filed 02/25/22